# EXHIBIT A



# UPPER RACK AND TRACK PARTS

### For Models: KUDS30FXBL5, KUDS30FXWH5, KUDS30FXSS5
### (Black)            (White)         (Stainless)



# UPPER RACK AND TRACK PARTS

### For Models: KUDS30FXBL5, KUDS30FXWH5, KUDS30FXSS5
### (Black)          (White)          (Stainless)

| Illus. No. | Part No. | DESCRIPTION |
|---|---|---|
| 1 | W10312791 | Dishrack, Upper |
| 2 | | Housing, Adjuster |
| | W10320664 | Left Hand |
| | W10320665 | Right Hand |
| 3 | W10250160 | Clip–Lock |
| | | Adjuster Arm |
| 4 | W10350376 | Adjuster Assembly |
| 5 | W10195839 | Strap, Tether |
| | | Adjuster |
| 6 | W10195840 | Positioner, |
| | | Adjuster |
| 7 | W10082649 | Cup, Shelf |
| 8 | W10267076 | Clip, Dispenser |
| | | Guard |
| 9 | W10250162 | Cover, Adjuster |
| 10 | W10324563 | Track, Assembly |
| 11 | W10282826 | Handle, |
| | | Dishrack |
| 12 | W10195622 | Stop, Track |
| | | Non–Removable |
| 13 | W10077844 | Clip, |
| | | No Flip |
| 14 | 8562030 | Tine Row |
| 15 | W10082853 | Clip, Pivot |
| 16 | 8539102 | Positioner, Dual |

# EXHIBIT B

# KITCHENAID® DISHWASHER WARRANTY

## LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, KitchenAid brand of Whirlpool Corporation or Whirlpool Canada LP (hereafter "KitchenAid") will pay for factory specified parts and repair labor to correct defects in materials or workmanship that existed when this major appliance was purchased. Service must be provided by a KitchenAid designated service company. YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. This limited warranty is valid only in the United States or Canada and applies only when the major appliance is used in the country in which it was purchased. Proof of original purchase date is required to obtain service under this limited warranty.

## SECOND THROUGH FIFTH YEAR LIMITED WARRANTY ON CERTAIN COMPONENT PARTS

In the second through the fifth year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, KitchenAid will pay for factory specified parts for the following components to correct defects in materials or workmanship that existed when this major appliance was purchased: nylon dish racks and electronic controls.

## LIFETIME LIMITED WARRANTY ON STAINLESS STEEL TUB AND INNER DOOR LINER

For the lifetime of the product from the date of purchase, when this major appliance is installed, operated and maintained according to instructions attached to or furnished with the product, KitchenAid will pay for factory specified parts and repair labor for the following components to correct defects in materials or workmanship that existed when this major appliance was purchased: stainless steel tub and inner door liner.

## ITEMS EXCLUDED FROM WARRANTY

**This limited warranty does not cover:**

1. Replacement parts or repair labor if this major appliance is used for other than normal, single-family household use or when it is used in a manner that is inconsistent to published user or operator instructions and/or installation instructions.
2. Service calls to correct the installation of your major appliance, to instruct you on how to use your major appliance, to replace or repair house fuses, or to correct house wiring or plumbing.
3. Service calls to repair or replace appliance light bulbs, air filters or water filters. Consumable parts are excluded from warranty coverage.
4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by KitchenAid.
5. Cosmetic damage, including scratches, dents, chips or other damage to the finish of your major appliance, unless such damage results from defects in materials or workmanship and is reported to KitchenAid within 30 days from the date of purchase.
6. Any food or medicine loss due to refrigerator or freezer product failures.
7. Pickup and delivery. This major appliance is intended to be repaired in your home.
8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.
9. Expenses for travel and transportation for product service if your major appliance is located in a remote area where service by an authorized KitchenAid servicer is not available.
10. The removal and reinstallation of your major appliance if it is installed in an inaccessible location or is not installed in accordance with KitchenAid's published installation instructions.
11. Replacement parts or repair labor on major appliances with original model/serial numbers that have been removed, altered or cannot be easily determined.

## DISCLAIMER OF IMPLIED WARRANTIES

IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. Some states and provinces do not allow limitations on the duration of implied warranties of merchantability or fitness, so this limitation may not apply to you. This warranty gives you specific legal rights, and you also may have other rights that vary from state to state or province to province.

## LIMITATION OF REMEDIES; EXCLUSION OF INCIDENTAL AND CONSEQUENTIAL DAMAGES

YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. KITCHENAID SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, so these limitations and exclusion may not apply to you. This warranty gives you specific legal rights, and you also may have other rights that vary from state to state or province to province.

If outside the 50 United States and Canada, contact your authorized KitchenAid dealer to determine if another warranty applies.

If you think you need repair service, first see the "Troubleshooting" section of the Use & Care Guide. If you are unable to resolve the problem after checking "Troubleshooting," additional help can be found by checking the "Assistance or Service" section or by calling KitchenAid. In the U.S.A., call **1-800-422-1230**. In Canada, call **1-800-807-6777**.                                                                     2/10

For additional product information or to view FAQs (Frequently Asked Questions), in U.S.A. visit: **www.kitchenaid.com**
In Canada visit: **www.kitchenaid.ca**

If you do not have access to the Internet and you need assistance using your product or you would like to schedule service, you may contact KitchenAid at the number below.

*Have your complete model number ready. You can find your model and serial number on the label located near the door on the right-hand or left-hand side of the dishwasher interior.*

For assistance or service in the U.S.A., call 1-800-422-1230. In Canada, call 1-800-807-6777.

If you need further assistance, you can write to KitchenAid with any questions or concerns at the address below:

In the U.S.A.:

    KitchenAid Brand Home Appliances
    Customer eXperience Center
    553 Benson Road
    Benton Harbor, MI 49022-2692

In Canada:

    KitchenAid Brand Home Appliances
    Customer eXperience Centre
    200 – 6750 Century Avenue
    Mississauga ON L5N 0B7

Please include a daytime phone number in your correspondence.

Please keep this User Instructions and model number information for future reference.

W10300928B
**SP PN W10300596A**
© 2010. All rights reserved.      ® Registered Trademark/TM Trademark of KitchenAid, U.S.A., KitchenAid Canada licensee in Canada

# EXHIBIT C

# CARPENTER & SCHUMACHER, P.C.

*Attorneys and Counselors at Law*

N. Scott Carpenter*
*Managing Partner*

Craig M. Schumacher**
*Partner*

Rebecca E. Bell-Stanton***
*Partner*

Douglas C. Heuvel

Mathew E. Mulkey

Anthony R. LaScalea

Matthew D. Warner

Parkway Centre IV
2701 North Dallas Parkway, Suite 570
Plano, Texas 75093
(972) 403-1133
Facsimile (972) 403-0311
www.cstriallaw.com

*Also Licensed in Oklahoma
**Also Licensed in Arkansas
***Also Licensed in Pennsylvania

June 12, 2017

## NOTICE OF VIOLATION OF
## CONSUMER LEGAL REMEDIES ACT ("CLRA") AND BREACH OF WARRANTY

*Via Certified Mail*
*Return Receipt Requested*
*Letter No.: 7012 2920 0001 6275 4752*

KITCHENAID, INC.
C/O WHIRLPOOL CORPORATION
Mr. Jeff Fettig, CEO
2000 M-63, Tax Dept.
Benton Harbor, MI 49022

*Via Certified Mail*
*Return Receipt Requested*
*Letter No.: 7012 2920 0001 6275 4738*

SEARS, ROEBUCK, & CO.
Mr. Edward S. Lampert, CEO
3333 Beverly Road, B2-116B
Hoffman Estates, IL 60179

*Via Certified Mail*
*Return Receipt Requested*
*Letter No.: 7012 2920 0001 6275 4745*

KITCHENAID, INC.
C/O CT CORPORATION SYSTEM
818 W 7th Street, Suite 930
Los Angeles, CA 90017

*Via Certified Mail*
*Return Receipt Requested*
*Letter No.: 7012 2920 0001 6275 4721*

SEARS, ROEBUCK, & CO.
C/O CT CORPORATION SYSTEM
818 W 7th Street, Suite 930
Los Angeles, CA 90017

Re:     KitchenAid Dishwashers

To Whom It May Concern:

Pursuant to the California Consumers Legal Remedies Act ("CLRA"), California Civil Code § 1750, et. seq., and specifically § I782(a)(l)(2), Plaintiffs, Mr. James Bodley and Ms. Kyle Matson, on behalf of themselves and all others similarly situated, hereby notifies you that KitchenAid, Inc. ("KitchenAid") and Sears, Roebuck, & Co. ("Sears") violated California Civil Code § 1770.  Such violation arises from the advertising and selling of KitchenAid dishwashers equipped with a lower and/or upper dishrack roller assembly bearing part numbers

#WW10712395 and #W10712394 ("defective assembly"), which are defective and not in conformance with the representations to Plaintiffs, thousands of California consumers, as well as consumers throughout the United States. This conduct includes, but is not limited to, the following violations of § 1770:

1. KitchenAid and Sears represented that KitchenAid dishwashers had benefits or characteristics that it did not actually have. Civ. Code § 1770(a)(5);

2. KitchenAid and Sears represented that KitchenAid dishwashers were of a particular standard or quality when it was of another. Civ. Code § 1770(a)(7); and

3. KitchenAid's written warranty violates § 1770 (a)(19) by including unconscionable provisions including, without limitation: (1) purported limitations in the remedies available upon breach, the exclusion of incidental and consequential damages and the limitation of the amount of recoverable damages; and (2) purported exclusions of implied warranties.

The KitchenAid dishwasher models manufactured, designed, marketed, and sold by KitchenAid and Sears contain defective upper rack assemblies that fail and cause the dishwasher to be inoperable. The pertinent dishwasher models utilize plastic parts in the top rack slide mechanism. These parts prematurely fail causing the axles to separate from the wheels. The loaded top rack can fall onto the door or lower rack, causing glassware to break and presenting a substantial safety hazard. The design of the rack assembly, wheel, hub, and hook cannot withstand normal use. Once the defective assembly breaks, the dishwasher no longer works requiring replacement. Notwithstanding its knowledge of the defect, KitchenAid and Sears continued the sale of dishwashers without disclosing the defect or safety risk to consumers. Had KitchenAid and Sears disclosed the known facts Plaintiffs and consumers would not have purchased a KitchenAid dishwasher.

Mr. Bodley purchased a brand-new home in 2012 with a KitchenAid dishwasher (model No. KUDS30FXSS5). The upper rack assembly in Mr. Bodley's dishwasher failed on or about April 11, 2017. He purchased replacement parts from Sears to repair his dishwasher at a cost of $ 104.53. He is unable to install the replacement parts himself and will have to pay a technician to install the assembly.

Ms. Kyle Matson purchased a home in 2013 with a KitchenAid dishwasher (model No. KUDS30FXSS5). The upper rack assembly in Ms. Matson's dishwasher failed in 2016. She too purchased replacement parts from Sears to repair her dishwasher.

Plaintiffs were not aware of the defect in their KitchenAid dishwasher until the upper rack assemblies suddenly and unexpectedly collapsed. The replacement assembly offered by KitchenAid and Sears is inadequate in that it does not repair the design defect in the original equipment assembly. It is also unlawful to require consumers to purchase and install a similarly defective replacement assembly. The cost to purchase and install the replacement assembly is an expense borne only by the Plaintiffs and all other similarly situated consumers at a cost of approximately $200.

The defective assembly components can be identified by those appliances requiring replacement adjuster kits containing part W10712394 or W10712395. Although termed an "upgrade" for purposes of the ongoing sale of the W10712394 and W10712395 Adjuster Assembly Kits, the purchase of these additional kits is necessary for the dishwasher to function as represented.

This notice applies to all KitchenAid and other similarly designed dishwashers, including but not limited to dishwashers sold under the Whirlpool and Kenmore brands, which incorporate the part numbers W10712394, W10712395 and other similarly designed and manufactured parts.

Plaintiffs on behalf of themselves and all others similarly situated, hereby demands that KitchenAid and/or Sears: (1) pay all costs required to investigate, repair, and replace all of the defective upper assembly rack systems utilized in Whirlpool, KitchenAid, and Kenmore dishwashers; and (2) provide notice to consumers of the product defect set forth in this letter.

This letter also constitutes a notice on behalf of Plaintiffs and all persons similarly situated of the breach by Whirlpool and Sears of its express warranties and the implied warranties of merchantability and fitness for use.

Additionally, this letter serves as a demand that you preserve and maintain all of the following records, including electronically stored information (ESI) and data, pending resolution of this matter:

1.  All internal manuals, written policies, directives, memoranda, correspondence, electronic mail, and other records of communication regarding all dishwashers manufactured with the defective assemblies bearing part numbers W10712394 and W10712395, or similarly designed or manufactured parts;

2.  All advertising and marketing materials disseminated to consumers, retailers, plumbing contractors, and/or distributors that discuss or concern the assemblies referenced above;

3.  Any complaints from any source concerning defective assemblies bearing part number W10712394 or W10712395, or similarly designed or manufactured parts;

4.  All documents which reflect the sale of the Whirlpool, KitchenAid, and Kenmore dishwashers that contain part numbers W10712394 and W10712395 referenced above, or similarly designed or manufactured parts, in the United States, including manufacturing dates and model numbers;

5.  All documents which reflect the materials used to manufacture the defective assemblies and all replacement assemblies from any source, including but not limited to Whirlpool and its suppliers; and

Page 3 of 4

6.      All listing agreements, testing records, and quality control records related to the assemblies bearing part number W10712394 or W10712395.

If you have any questions regarding this notice and demand, please contact the undersigned counsel at (844) 370-1133.

Sincerely,

CARPENTER & SCHUMACHER, P.C.                    BIRKA-WHITE LAW OFFICES

N. Scott Carpenter, Esq.                         David N. Birka-White, Esq.
scarpenter@cstriallaw.com                        dbw@birka-white.com

NSC:brh

**U.S. Postal Service**
**CERTIFIED MAIL₁₀ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₆

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Sent To   SEARS, ROEBUCK, & Co.
Street, Apt.   Mr. Edward S. Lampert, CEO
or PO Box   3333 Beverly Road, B2-116B
City, State   Hoffman Estates, IL 60179

7012 2920 0001 6275 4738

---

**U.S. Postal Service**
**CERTIFIED MAIL₁₀ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₆

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Sent To   SEARS, ROEBUCK, & Co.
Street, Apt.   (C/o CT CORPORATION SYSTEM
or PO Box   818 W 7th Street, Suite 930
City, State   Los Angeles, CA 90017

7012 2920 0001 6275 4721

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   □ Yes
   If YES, enter delivery address below:        □ No

1. Article Addressed to:

SEARS, ROEBUCK, & Co.
Mr. Edward S. Lampert, CEO
3333 Beverly Road, B2-116B
Hoffman Estates, IL 60179

3. Service Type
   ☒ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7012 2920 0001 6275 4738

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                    JUN 16 2017

D. Is delivery address different from Item 1?   □ Yes
   If YES, enter delivery address below:        □ No

1. Article Addressed to:

SEARS, ROEBUCK, & Co.
C/o CT CORPORATION SYSTEM
818 W 7th Street, Suite 930
Los Angeles, CA 90017

CT CORPORATION SYSTEM
818 West Seventh Street
Suite 930
Los Angeles, CA 90017

3. Service Type
   ☒ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7012 2920 0001 6275 4721

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Top receipt:**

CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

JUN 16 2017

Sent To
KITCHENAID, INC.
C/O CT CORPORATION SYSTEM
Street, Apt. No.; 818 W 7th Street,
or PO Box No. Suite 930
City, State, ZIP+4 Los Angeles, CA 90017

7012 2920 0001 6275 4745

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KITCHENAID, INC.
C/O CT CORPORATION SYSTEM
818 W 7th Street, Suite 930
Los Angeles, CA 90017

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7012 2920 0001 6275 4745

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Bottom receipt:**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Sent To
KITCHENAID, INC.
C/O WHIRLPOOL CORPORATION
Street, Apt. No.; Mr. Jeff Fettig, CEO
or PO Box No. 2000 M-63, Tax Dept.
City, State, ZIP+4 Benton Harbor, MI 49022

7012 2920 0001 6275 4752

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KITCHENAID, INC.
C/O WHIRLPOOL CORPORATION
Mr. Jeff Fettig, CEO
2000 M-63, Tax Dept.
Benton Harbor, MI 49022

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X R. Hughey
☑ Agent
☐ Addressee

B. Received by (Printed Name)
R. Hughey
C. Date of Delivery
6-16-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7012 2920 0001 6275 4752

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT D

CONSUMERAFFAIRS

News    Guides    For Businesses        ✏ Write a review    🔍    Log in

John H. of Cincinnati, OH
on Aug. 4, 2014

Satisfaction Rating
★ ★ ☆ ☆ ☆



We have owned a KitchenAid Dishwasher, Model
KUDS35FXSS8 for 16 months. The wheels on the upper dish
rack have already come off, rendering it unusable. This
happened because the plastic tabs that hold the wheels in place
have become brittle and cracked off in this short time. Kitchen
Aid's warranty states that the dish rack is warranted for 5 years.
However, Kitchen Aid customer service tells us that the wheel
assembly on the dish rack is not covered by this warranty. Wheel
assembly W10350376 is poorly designed and quickly fails. Do
not buy a Kitchen Aid or Whirlpool dishwasher that uses this
wheel assembly.

*Helpful?*   Yes | No

CONSUMERAFFAIRS

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

Consumer News   Buyers Guides   For Businesses

Write a review   Log in

Carol of Baltimore, MD on Nov 12, 2015

Satisfaction Rating

★☆☆☆☆

I have a 4 year old Kitchenaid Dishwasher. We spent over $1,000 for it thinking we were investing in a very nice, long lasting machine. After a year, the right clip on the top rack broke and needed to be repaired by a technician. 6 months later the other side broke and we needed another service call. In the last few weeks, all 8 wheels have fallen off the bottom rack. We run the dishwasher about once every three days. I spoke to Kitchenaid customer service this morning via their online chat. The service representative admitted that there were so many complaints about my model that it should have been recalled. She said there was nothing she could do for me. I called and spoke to a customer service representative and their supervisor and they both refused to provide the replacement parts. My model is KUDE 40FXSP3. I will never buy another Kitchenaid product. Even when they know there's an issue, they will not take responsibility for it.

*Helpful?*   Yes | No



**CONSUMER**AFFAIRS

Consumer News    Buyers Guides    For Businesses

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

Monica of Pine Brook, NJ on Feb. 8, 2016

Satisfaction Rating

Currently own a KitchenAid Dishwasher, Model KUDE4FXSS0. The top rack detached from the sliding mechanism. There are no signs of parts. Afterwards two bottom wheels fell off on both sides. Asked KitchenAid for assistance and they have to send a tech out at my cost.

Helpful?    Yes | No

# CONSUMERAFFAIRS

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

News    Guides    For Businesses

Write a review    Log in

Jerri of Valley Park, MO on
June 11, 2013

★ ☆ ☆ ☆ ☆
Satisfaction Rating



The Plastic wheels on my $800 KitchenAid dishwasher Model KUDS30IX failed after a little over a year. My manual states that the rack is under warranty for 5 years... KitchenAid says the warranty only applies to the nylon coating on the rack, not the wheels. They gave me a one-time replacement part that failed again after 6 months. They refuse to stand behind their product any further. I have never had a high-end product fail and receive such poor customer support. I feel they know they have a bad design and surely more customers have experienced this problem. I will never purchase another KitchenAid appliance!

*Helpful?*    Yes | No

# EXHIBIT E

# CONSUMERAFFAIRS

Consumer News    Buyers Guides    For Businesses     Write a review    Log in



Lorrie of Rainier, OR on Feb. 11, 2016

*Satisfaction Rating*

★ ☆ ☆ ☆ ☆

KitchenAid Model KUDS30IXBL Purchased from Lowe's 3-29-14. Within a few months of purchase, the top rack wheel broke off. Within 2 years, it would cancel and drain within 15 minutes of start up. This began just before Thanksgiving. :( Repairman came out since we purchased the warranty and replaced the rack holder with new metal parts and the front computer. First load of dishes after repair, it cancelled and drained within 15 minutes of start up. I'd rather go back to old fashioned nobs and dials.

*Helpful?*    Yes | No





CONSUMERAFFAIRS

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

Consumer News    Buyers Guides    For Businesses

Write a review    Log in

Marcel of Renton, WA on Aug. 11, 2015

Satisfaction Rating
★☆☆☆☆

I too experienced the dishwasher top rack roller failure. The top rack rollers are secured by (2) cheap very thin plastic spreader clips. These clips are approximately 3/16 wide by 1/16 thick. If just one of these cheap clips breaks - the roller wheel will separate causing the rack to collapse along with progressive failure of the adjoining roller wheel clips. This deliberate design and manufacturing defect by KitchenAid is an obvious attempt at planned obsolesce. This once celebrated company is no longer interested in producing durable quality products. Avoid the purchase of all KitchenAid dishwashers!

Helpful?    Yes | No

Top 834 Complaints and    ✕

Secure | https://www.consumeraffairs.com/homeowners/kit_dishwasher.html?page=8

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

# CONSUMERAFFAIRS

News    Guides    For Businesses

📝 Write a review    🔍    Log in

Sanat of Novi, MI on Jan. 29, 2015

*Satisfaction Rating*

★☆☆☆☆

2 years old dishwasher. Within 6 months, top rack roller axles broke. After a year, stopped cleaning top rack items. I found out the Chopper Assembly was broken. Had to replace it. Both are cheap plastic parts. Terrible experience with this brand.

*Helpful?*    Yes | No

# CONSUMERAFFAIRS

News     Guides     For Businesses      Write a review     Log in

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More



Mel of O'Fallon, MO on
Jan. 18, 2015

Satisfaction Rating

 ★ ☆ ☆ ☆ ☆

Purchased KitchenAid dishwasher model KUDS30FXSS5 in September 2012. The cheap plastic upper rack assembly has broken three times. The plastic parts to pull out the rack break every year and have fallen into the chopper causing further damage. Clearly this machine is made with plastic parts that cannot withstand normal usage. I will not buy a KitchenAid appliance ever again.

*Helpful?*    Yes | No

CONSUMERAFFAIRS

News    Guides    For Businesses

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

Secure | https://www.consumeraffairs.com/homeowners/kit_dishwasher.html?page=8

Top 834 Complaints and   ✕

Write a review    Log in

Jan of Brigham, UT on
Jan. 3, 2015

Satisfaction Rating
★ ★ ☆ ☆ ☆

Have only had my dishwasher 4 months and the top rollers broke. I spent a lot of money to get what I was told was a good dishwasher, so having the rollers break after 4 months makes me angry. Then to find it isn't covered under warranty really made me mad. Kitchenaid should be honest and stand Behind their products!

Helpful?   Yes | No

CONSUMERAFFAIRS

Consumer News    Buyers Guides    For Businesses

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

 Write a review    Search    Log in



Terry of Castle Rock, CO on Nov. 23, 2014

Satisfaction Rating



The top rack adjuster is what connects the upper rack to the pull out guide. In most Kitchenaid (and Whirlpool) dishwashers, the wheels of the adjuster are connected with a plastic axle. These axles will routinely break, causing the upper rack to fall onto the lower rack, or if you are luck, just separate from the wheel guide. If you bought washers with this design, you will have this problem. We have had our KUDS30X... for about 3 years and have had to replace this part 7 times already. The part costs about $25 a pop from online part stores. This part will eventually wear down and break no matter how careful you are when pulling out the top rack. It is still used on even Kitchenaid's top of the line washers. Really Kitchenaid, how much would it cost you to redesign this flawed part? If you are shopping for a dishwasher, look at the wheels on the upper rack. If it has a plastic axle, walk away.

Helpful?   Yes | No

Top 834 Complaints and | X

Secure | https://www.consumeraffairs.com/homeowners/kit_dishwasher.html?page=11

**CONSUMER**AFFAIRS

News    Guides    For Businesses    ✏ Write a review    Q    Log in

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More



Gerry of Encino, CA on
June 6, 2014

★☆☆☆☆

*Satisfaction Rating*

Had dishwasher KUDS30IXSS a little over a year and two small plastic parts on the upper glider both broke after just moderate use. Outside of warranty by a few months and Whirlpool (Kitchenaid) sent their own repairman who said the two parts were $48. Took 10 minutes to replace them and then charged $130 for labor and an additional $85 for the service call. I have never, ever had a service where they charge labor and service charge. It's one or the other (Also, $130 for 10 minutes of labor?). Complained and repairman said it's company policy and should take it up with Whirlpool which we are. We recently had our Kitchenaid side by side built-in go out as well, luckily under warranty. Their products and service have gone steadily downhill year after year. We were loyal customers at one time but no longer. Check all the reviews out there on any appliances you are considering before you buy another Kitchenaid.

*Helpful?*    Yes | No

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

# CONSUMERAFFAIRS

News    Guides    For Businesses    ✎ Write a review    🔍    Log in

Scott of Decatur, AL on
May 27, 2014

Satisfaction Rating
★ ★ ☆ ☆ ☆



I also have a stainless steel KitchenAid dishwasher
(KUDE40FXSS5) and while the machine is quiet and cleans
reasonably well. The adjuster assembly on the top rack has
plastic tabs that become brittle and break, so that the wheels fall
off. I have replaced this twice so far. It is intensely frustrating!
This problem could have been prevented with a metal tab
instead of cheap plastic.

Helpful?    Yes | No

Top 834 Complaints and ×

Secure | https://www.consumeraffairs.com/homeowners/kit_dishwasher.html?page=13

# CONSUMERAFFAIRS

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

News    Guides    For Businesses

✎ Write a review    🔍    Log in

Kathryn of Gladwin, MI on
Nov. 5, 2013

★ ☆ ☆ ☆ ☆
Satisfaction Rating

I purchased a KitchenAid dishwasher in March 2011 from Lowe's. I chose the KitchenAid brand and paid a slightly higher amount as I was told they are well built and work better than any other brand on the market, and because I thought they would stand by their product. In December 2012, the upper rack adjuster broke because it is made of plastic and the dishwasher has the lift higher feature, that is used quite a bit. I contacted customer service and they said the part was out of stock and finally in late January I received the replacement part. Last week it broke again, same place, so I contacted customer service again and I asked them if anyone else has this issue and I was told they could not discuss this with me but there is no recall. Was told I am sorry but the part is in stock, call Marcone to order the part. The cost is $40.00 plus shipping. I am so angry right now. I have a dishwasher that is useless. Without the top rack in the upper spray unit will not work.

Helpful?    Yes | No



**CONSUMER**AFFAIRS

News    Guides    For Businesses

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

☑ Write a review    Q    Log in

Marcello of Houston, TX on
Nov. 6, 2011

Satisfaction Rating
★★★☆☆

We purchased a KUDS30CX in January 2011. First failure occurred in October 2011. The roller spindle on the top cage snapped and the roller fell off. The plastic spindle seems to be too brittle. Second failure occurred November 2011 (less than 30 days from the first) . This time, the whole dishwasher just plain quit. There were no lights like it was unplugged, nothing . The Sears people are wonderful about coming out and fixing and they will be coming out next week. However what happens after the warranty runs out? Are there lemon laws with these appliances?

We paid a lot for the dishwasher and with all these posts I am wondering if we made a big mistake. Am I destined to have repeat nightmare failures like these other posts? The machine cleans well unlike the other brands which don't seem to work all the time. I know that there are a lot of new gizmos on these new dishwashers but these gizmos don't seem to be the source of the failures. Also there are many posts on websites about the control panel failing that span back years. Did they ever get this fixed or is that expected now?

*Helpful?*    Yes | No

# EXHIBIT F



www.kitchenaid.com/shop/-(KUDS30FXSS]-402324/KUDS30FXSS/

**By Purnima Kumar**
**From** Dallas, TX

★★★★ 2.0

5/6/2017

dissapointed with this product

Bought 2 of these dishwashers 3 years ago...the racks broke, the wheels broke...and now new of the them the repair guy said the motor is broken and needs replacement and its best to buy a new one....I use the dishwashers not more than 3 times a week...for one of them to crash in 3 years is very disappointing...these are expensive dishwashers...I need to get the exact model so it matches my other one, but the model is dis continued?? what is the closest replacement. He said it would be $425.00 to replace just the motor!! and I can get a new one for around $700.00 but I cant find it anywhere?!?! Can you'll help??

Gender:                F

Design:

Ease of Use:

Features:

Innovation:

Performance:

Quality:

Sound Levels:



**No, I would not recommend this to a friend**

**Merchant response:** Purnima Kumar,

Thank you for your review.

We would like to inquire further about your review with you. Please respond back to this email address Maytag_Reviews@Maytag.com with your name, user # (97912163), phone number, street address, zip code, reviewer name, model & serial number, and date of purchase on the appliance.

We look forward to your reply.

Was this review helpful?   Yes   /   No    You may also flag this review

This product has been discontinued, but there may be limited availability at our local retailer. Please visit our **Fully Integrated Category** page to view all of our current models.

**REGISTER THIS PRODUCT ›**

**MANUALS & LITERATURE ›**

**EXTENDED SERVICE PLANS ›**

**SCHEDULE SERVICE ›**

1. (2) Among leading premium brands, with rinse aid.

www.kitchenaid.com/shop/-[KUDS30FXSS]-402324/KUDS30FXSS/



This product has been discontinued, but there may be limited availability at our local retailer. Please visit our **Fully Integrated Category** page to view all of our current models.

**REGISTER THIS PRODUCT** ❯

**MANUALS & LITERATURE** ❯

**EXTENDED SERVICE PLANS** ❯

**SCHEDULE SERVICE** ❯

**By** Dishwasher Diva

**From** Ellicott City, MD

VERIFIED BUYER

★★★★★ 2.0                                                                 7/20/2016

Not what we hoped for

This review was submitted as a sweepstakes entry.

We bought this dishwasher 4 years ago for our new home. Since that time we have spent approx. $600 in repairs for new racks/brackets (plastic parts for the top rack kept breaking). Now our top rack is no longer cleaning. At this point, I'm thinking we cut our losses and look for a replacement rather than pay for more repairs.

Gender:                    F

Design:          

Ease of Use:

Features:

Innovation:

Performance:

Quality:

Sound Levels:

**No, I would not recommend this to a friend**

*Merchant response:* We're sorry to hear of the experience that you have encountered with your dishwasher Dishwasher Diva. We would like to discuss this further with you. Please email us at NAR_Customer_Solutions@kitchenaid.com at your earliest convenience with your user id 84367589, name, address, a phone number and best time to reach you along with your model and serial number.

(1 of 1 customers found this review helpful)

1. (2) Among leading premium brands, with rinse aid.



www.kitchenaid.com/shop/-[KUDS30FXSS]-402324/KUDS30FXSS/#pr-header-back-to-top-link

Was this review helpful?   Yes   /   No   You may also flag this review

**By Laura**
**From** Windermere, FL

★★★★★ 1.0

Terrible product                                                    12/30/2015

We purchased this product new 4 years ago. After the first year (like other customers who posted feedback) the cheap plastic parts on the top rack broke. We repaired and about 1.5 years they broke again. This week, the unit has stopped working altogether. Total piece of junk and it wasn't a cheap unit when purchased. No one needs this much aggravation from a new appliance. KitchenAid should be embarrassed.

Gender:                                                          F
Design:
Ease of Use:
Features:
Innovation:
Performance:
Quality:
Sound Levels:



**No, I would not recommend this to a friend**

(2 of 2 customers found this review helpful)

Was this review helpful?   Yes   /   No   You may also flag this review

**By Unhappy in**
Mesquite
**From** Mesquite, NV

★★★★★ 1.0

Didn't last very long.                                            12/21/2015

This was installed as a upgraded appliance package when I bought the

This product has been discontinued, but there may be limited availability at our local retailer. Please visit our **Fully Integrated Category** page to view all of our current models.



REGISTER THIS PRODUCT ⌄
MANUALS & LITERATURE ⌄
EXTENDED SERVICE PLANS ⌄
SCHEDULE SERVICE ⌄

1. (2) Among leading premium brands, with rinse aid.

www.kitchenaid.com/shop/-[KUDS30FXSS]-402324/KUDS30FXSS/#pr-header-back-to-top-link

**By Aaron**
**From** Arizona

★★★★★ 10

Upper Rack Problem

9/15/2015

The dishwasher upper rack has been an issue about 8 months after purchase. The parts are plastic and have broken. I too found out that they would not cover under warranty. Had to purchase parts in order to conveniently use the product properly. Hopefully, they will fix this issue with future products and gain back customer confidence.

| | |
|---|---|
| Gender: | M |
| Design: | |
| Ease of Use: | |
| Features: | |
| Innovation: | |
| Performance: | |
| Quality: | |
| Sound Levels: | |





**No, I would not recommend this to a friend**

(2 of 2 customers found this review helpful)

Was this review helpful?   Yes  /  No   You may also flag this review

Was this review helpful?   Yes  /  No   You may also flag this review

This product has been discontinued, but there may be limited availability at our local retailer. Please visit our Fully Integrated Category page to view all of our current models.

REGISTER THIS PRODUCT ❯
MANUALS & LITERATURE ❯
EXTENDED SERVICE PLANS ❯
SCHEDULE SERVICE ❯

1. (2) Among leading premium brands, with rinse aid.







**By** Unhappyconsumer2
**From** Atlanta, GA

6/21/2014

⭐⭐☆☆☆ 2.0

Poor quality parts!!!

We bought this unit in January of 2011 (to replace the 8 year old Kitchen Aid that was put in our home from our builder) and have had consistent problems with it ever since. The upper rack is junk! We have had it replaced four times in 3 1/2 years (only once covered with warranty.) Two different repair companies have said how many of these they have to frequently replace. Now at only 3 1/2 years of use, the control board is malfunctioning so the dry cycle doesn't work. We are kicking this junk out of here and replacing with a better quality brand. We will NEVER purchase Kitchen Aid appliances again!!!!!!!

Gender:                F



Quality:
Performance:
Innovation:
Features:
Ease of Use:
Design:

**No, I would not recommend this to a friend**

(2 of 2 customers found this review helpful)

Was this review helpful?   Yes / No   You may also flag this review

This product has been discontinued, but there may be limited availability at our local retailer. Please visit our **Fully Integrated Category** page to view all of our current models.

**REGISTER THIS PRODUCT** ❯
**MANUALS & LITERATURE** ❯
**EXTENDED SERVICE PLANS** ❯
**SCHEDULE SERVICE** ❯

1. (2) Among leading premium brands, with rinse aid.



This product has been discontinued, but there may be limited availability at our local retailer. Please visit our **Fully Integrated Category** page to view all of our current models.

REGISTER THIS PRODUCT ❯
MANUALS & LITERATURE ❯
EXTENDED SERVICE PLANS ❯
SCHEDULE SERVICE ❯

Reviewed by Top Reviewers

Sort by: Newest

**From** Chico, CA

**By** NeverAgain4AsLongA... ★ ★ ★ ★ ★ 10

Rack repair will cost you a fortune                                    12/24/2013

I have had this dishwasher for two years. It cleans nicely if you use the recommended detergent. However, small plastic parts for the adjustable racks break every 3 - 4 months and they cost over $20 apiece. Completely disappointed in KitchenAid. Same with my oven, which blows a fuse every time I use the self clean cycle. Have to use chemical oven cleaner now. What happened to this brand.



Gender: F

Design:

Ease of Use:

Features:

Innovation:

Performance:

Quality:

Sound Levels:

**No, I would not recommend this to a friend**

(2 of 2 customers found this review helpful)

Was this review helpful?  Yes / No  You may also flag this review

1. (2) Among leading premium brands, with rinse aid.

24-Inch 4-Cycle/6-Optio ×

www.kitchenaid.com/shop/-[KUDS30FXSS]-402224/KUDS30FXSS/#pr-header-back-to-top-link

By Abrush
From Pittsburgh, PA,
USA

★★★★★ 1.0

Great dishwasher if the top rack didn't BREAK OVER AND OVER

11/19/2013

In the 2 and a half years I've had this dishwasher the top rack adjusters have broken 6 times (each side has broken 3 times). It's crazy that a high end dishwasher like this would have the entire top rack suspended by tiny little plastic pins and wheels.  Upon being heated and reheated the plastic becomes brittle and breaks causing the entire top rack to collapse.

I'd encourage you to read the reviews on Amazon before purchasing as dozens of other reviews have said the same thing.

Otherwise, the dishwasher is nice and does a fine job, as long as it has Rinse Aid. I would have nothing bad to say about it if it weren't for those blasted wheels, and I NEVER take the time to write reviews!

Gender:              F
Design:
Ease of Use:
Features:
Innovation:
Performance:
Quality:

No, I would not recommend this to a friend

(4 of 4 customers found this review helpful)

Was this review helpful? Yes / No   You may also flag this review

Sort by newest

This product has been discontinued, but there may be limited availability at our local retailer. Please visit our Fully Integrated Category page to view all of our current models.

REGISTER THIS PRODUCT ›
MANUALS & LITERATURE ›
EXTENDED SERVICE PLANS ›
SCHEDULE SERVICE ›

1. (2) Among leading premium brands, with rinse aid.

# EXHIBIT G

**CONSUMER**AFFAIRS

News    Guides    For Businesses




Write a review    🔍    Log in

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

C of East New Market, MD on
July 2, 2013

Satisfaction Rating
★ ☆ ☆ ☆ ☆

When I pulled the top rack out to unload it, the left side collapsed without any warning, spilling dishes and glasses down onto the crockery in the bottom rack and out onto the floor. When I looked for the cause, it was obvious that one of the two flimsy plastic "spring" pegs that retain each wheel of the upper rack on its axle had broken. This allowed the wheel to pull off the axle and thereby allow the entire left side of the top rack to collapse. It seems to me the axles on the 'rack adjuster (part number W10350376) are very poorly designed and is not made as solidly as the wheels on the lower rack. This is despite the fact that both upper and lower racks are of the same dimensions and so to me as an average consumer, both should be able to support a full load of dishes.

*Helpful?*    Yes | No



Top 834 Complaints and   ×

🔒 Secure | https://www.consumeraffairs.com/homeowners/kit_dishwasher.html?page=9

**CONSUMER**AFFAIRS

Consumer News    Buyers Guides    For Businesses        ✎ Write a review    🔍 Search    Log in

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

*Satisfaction Rating*
★ ☆ ☆ ☆ ☆

darrell of Livermore, CA on Nov. 5, 2014

2/10/13 paid $1,000. for KitchenAid Dishwasher + extended warranty. 10/12/2014 upper tray fell, plastic clips broken, glasses everywhere. Called LOWE'S. Told repair facility will be here in 2 Days. Asked about correction for plastic clips, told there are none. Same clips to be reinstalled...... Not good answer. Called LOWE'S. No help, runaround, dance with me. Feed me fertilizer, thinking I am a plant. Unhappy man, unhappy wife. Calling 7-On Your Side - television news program. If no warranty, my cost at $485.75, every 18 months. Cannot extend warranty. Do not buy KitchenAid Dishwasher.

*Helpful?*    Yes | No



CONSUMERAFFAIRS

News   Guides   For Businesses   ✎ Write a review   🔍   Log in

KitchenAid Dishwashers does NOT participate in the ConsumerAffairs accreditation program. Learn More

Richard of Eclectic, AL on
Jan. 3, 2015

*Satisfaction Rating*

★☆☆☆☆

As noted in many other reviews there is a design issue with the upper carriage. My wheels fell off New Years Eve and the upper basket fell down breaking 8 champagne glasses... several hundred dollars in broken glasses... dishwasher is 2 years old. Very unhappy.

*Helpful?*   Yes | No

# EXHIBIT H



Plaintiff Bodley - Failed Upper Rack Assembly 2









Plaintiff Bodley - Failed Upper Rack Assembly 1







# EXHIBIT I

David M. Birka-White (State Bar No. 85721)
dbw@birka-white.com
Mindy M. Wong (State Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA 94526
Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970

N. Scott Carpenter (Pro Hac Vice Pending)
scarpenter@cstriallaw.com
Rebecca Bell-Stanton
rstanton@cstriallaw.com
Carpenter & Schumacher, P.C.
2701 Dallas Parkway, Suite 570
Plano, TX  75093
Telephone: (972) 403-1133
Facsimile:  (972) 403-0311

Attorneys for Plaintiffs
JAMES BODLEY AND KYLE MATSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BODLEY AND KYLE MATSON, on behalf of themselves and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>KITCHENAID, INC., and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.<br><br>**DECLARATION OF JAMES BODLEY** |

I, JAMES BODLEY, declare as follows:

1.      I am a Plaintiff and proposed class representative in this case.  I have personal knowledge of the matters set forth below, except as to those matters stated herein which are based on information and belief, which matters I believe to be true.  If called to testify, I could and would testify competently to these matters herein included.

2.      I am informed and believe that venue is proper in this court under Civil Code § 1780(d) because all transactions giving rise to this lawsuit occurred in Alameda County and KitchenAid marketed and sold its dishwashers throughout the State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ~~day of August~~, 2017, at ~~Dublin~~, California.

September 6

JAMES BODLEY

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 2 -

DECLARATION OF JAMES BODLEY